Mehrnaz Fotoohi
17320 Burbank Blvd. Unit 37
Encino, Cab91316
310-869-8955
Defendant, In Pro Per



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.  1:19-bk-12134-MT |
| MEHRNAZ FOTOOHI, | Chapter 7 |
| Debtor. | Adv. Proc No. 1:19-ap-01143-MT (1143) |
| KARIN IRANI, an individual | **DEFENDANT'S ANSWER TO COMPLAINT FOR NON DISCHARGEABILITY** |
| Plaintiff | |
| v. | Judge: Hon. Maureen A. Tighe, Crtm. 302 |
| MEHRNAZ FOTOOHI, an individual, | |
| Defendant. | |

Defendant MEHRNAZ FOTOOHI ("Defendant") hereby answers Plaintiff's Complaint as follows:

1. Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. The allegations contained in paragraph 2 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, Defendant denies the same.

3. The allegations contained in paragraph 3 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, Defendant denies the same.

4. Defendant is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 4 of the Complaint and therefore denies the same.

5. Defendant admits the allegations contained in paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in paragraph 6 of the complaint.

7. Defendant admits that Plaintiff found out about his relationship with Plaintiff's husband Bobby Asadi ("Bobby"). Defendant denies the remaining allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. The allegations contained in paragraph 11 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, Defendant denies the same.

12. Defendant denies publishing libelous or defamatory statements about Plaintiff. Defendant is without sufficient knowledge to ascertain the truth of the remaining allegations contained in paragraph 12 of the Complaint.

13. The allegations contained in paragraph 13 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, Defendant denies the same.

14. The bankruptcy filings speaks for itself. Defendant denies any express or implied allegations that he knowingly or intentionally failed to disclose facts and assets on

her bankruptcy filings. The remaining allegations contained in paragraph 14 of the Complaint are denied.

15. Defendant admits the existence of the civil harassment action and its disposition. The remaining allegations contained in paragraph 15 of the Complaint are denied.

16. Defendant's examination during the 341(a) meetings of creditors and bankruptcy filings speaks for itself. Defendant denies any express or implied allegations that she knowingly or intentionally failed to disclose facts and assets on her bankruptcy filings. The remaining allegations contained in paragraph 16 of the Complaint are denied.

17. Defendant's bankruptcy filings and Exhibit referred in paragraph 17 of the Complaint speaks for itself. Defendant denies any express or implied allegations that she knowingly or intentionally failed to disclose facts and assets on her bankruptcy filings.

18. Defendant's bankruptcy filings speaks for itself. Defendant denies any express or implied allegations that she knowingly or intentionally failed to disclose facts and assets on her bankruptcy filings. The remaining allegations contained in paragraph 18 of the Complaint are denied.

19. Defendant's bankruptcy filings speaks for itself. Defendant denies any express or implied allegations that she knowingly or intentionally failed to disclose facts and assets on her bankruptcy filings. To the extent the allegations contained in paragraph 19 of the Complaint set forth legal conclusions, no response is required. To the extent that a response is required, defendant denies the same.

20. Defendant's bankruptcy filings speaks for itself. Defendant denies any express or implied allegations that she knowingly or intentionally failed to disclose facts and assets on her bankruptcy filings. To the extent the allegations contained in paragraph 20 of the Complaint set forth legal conclusions, no response is required. To the extent that a response is required, defendant denies the same.

21. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

22. The allegations contained in paragraph 22 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

23. The allegations contained in paragraph 23 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

24. The allegations contained in paragraph 24 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations

25. The allegations contained in paragraph 25 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

26. The allegations contained in paragraph 26 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

27. The allegations contained in paragraph 27 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

28. The allegations contained in paragraph 28 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

29. The allegations contained in paragraph 29 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

30. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

31. The allegations contained in paragraph 31 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

32. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

33. The allegations contained in paragraph 33 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

34. The allegations contained in paragraph 34 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

35. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

36. The allegations contained in paragraph 36 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

37. The allegations contained in paragraph 37 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

38. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

39. The allegations contained in paragraph 39 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

40. The allegations contained in paragraph 40 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

- 5 -
ANSWER

41. Defendant hereby incorporates the preceding paragraphs as if fully restated herein.

42. The allegations contained in paragraph 42 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

43. The allegations contained in paragraph 43 of the complaint set forth legal conclusions for which no response is required. To the extent that a response is required, defendant denies all the remaining allegations.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses with respect to the purported relief and causes of actions alleged in the Complaint.

### First Affirmative Defense

As a first, separate and distinct affirmative defense, answering defendant alleges that the Complaint, and each and every purported cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against the defendant, and is insufficient to constitute a claim in which relief may be granted under the Complaint.

### Second Affirmative Defense

As a second, separate and distinct affirmative defense, answering defendant alleges that all statements and comments by the Defendant were true and cannot be the basis for defamation action.

### Third Affirmative Defense

As a third, separate and distinct affirmative defense, answering defendant alleges that the claim is barred, in whole or in part, by the applicable statute of limitation.

### Fourth Affirmative Defense

As a fourth, separate and distinct affirmative defense, answering defendant alleges that Plaintiff's claim is barred by the doctrines of waiver, estoppel and unclean hands. Plaintiff was the one who had been harassing and defaming defendant.

#### Fifth Affirmative Defense

As a fifth, separate and distinct affirmative defense, answering defendant alleges she did not knowingly and/or intentionally fail to disclose facts, assets and debts in her bankruptcy filings.

#### Sixth Affirmative Defense

As a sixth, separate and distinct affirmative defense, answering defendant alleges no acts or omission on her part either caused or contributed to whatever injury (if any) Plaintiff suffered.

#### Seventh Affirmative Defense

As a seventh, separate and distinct affirmative defense, answering defendant alleges that her conduct was justified.

#### Eight Affirmative Defense

As an eight, separate and distinct affirmative defense, answering defendant alleges that as between Defendant and the Plaintiff, the equities do not preponderate in favor of the Plaintiff.

#### Ninth Affirmative Defense

As a ninth, separate and distinct affirmative defense, answering defendant alleges that the state court had not found defendant harassed Plaintiff or her suppose conduct willful and malicious.

#### Tenth Affirmative Defense

Defendant reserves the right to assert additional defenses, including affirmative defenses, based upon further investigation and/or discovery. Defendant also reserves the right to amend or supplement this Answer based on further formal or informal discovery and/or in response to any amendments or supplements to the Complaint made by Plaintiff, and for any such amendments or supplements to the Answer to relate back to the filing of the original Answer.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for relief and judgment as follows:

1. That the Court deny Plaintiff's prayer for relief in its entirety and that the Court enter judgment in favor of defendant.

2. That defendant be awarded costs of suit, including attorneys' fees, incurred in the defense of this action; and

3. That the Court award defendant such other and further relief that it deems appropriate.

Dated: 11/26/19

Respectfully submitted by,

Mehrnaz Fotoohi