Hamid Soleimanian, Esq. (SBN 179885)
Law Offices of Hamid Soleimanian, Inc.
16633 Ventura Blvd #503
Encino, CA 91436
Tel: 818-501-2040, Fax: 818-501-3560
Email: lawwiz@gmail.com

Attorney for Defendant Mehrnaz Fotoohi

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No. 1:19-bk-12134-MT |
| MEHRNAZ FOTOOHI, | Chapter 7 |
| Debtor. | Adv. Proc No. 1:19-ap-011143-MT |
| | **DEFENDANT MEHRNAZ FOTOOHI'S STATEMENT OF DISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| KARIN IRANI, an individual | |
| Plaintiff | |
| v. | |
| MEHRNAZ FOTOOHI, an individual, | Judge: Hon. Maureen A. Tighe, Crtm. 302 |
| Defendant. | Date: April 1, 2020<br>Time: 1:00pm<br>Place: Courtroom 302 |

- 1 -
ANSWER

| NO. | DISPUTED FACTS | EVIDENCE |
|---|---|---|
| 1. | Defendant Fotoohi intentionally defamed plaintiff in attempt in attempt to ruin her reputation both professionally and personally; and scaring Plaintiff by driving erratically, in front and behind Plaintiff's car, resulting in a dangerous car chase. | Declaration of Mehrnaz Fotoohi |
| 2. | Plaintiff's claim for attorney's fees in the State Court Action should be discharged under 11 U.S.C. section 523(a)(6). | Declaration of Mehrnaz Fotoohi (Defendant's answer to Adversary complaint) Exhibit A. |
| 3. | The issue of Defendant's specific intent to cause willful and malicious injury to plaintiff was decided in the prior State Court Action | Declaration of Mehrnaz Fotoohi, RJN Exhibit 3 and 4 |
| 4 | The issue sought to be precluded is identical to that decided in the former State Court Action. That is the willful injury requirement has been met in the State Court Action in that although State court decided that defendant's conduct was willful but there was no finding that defendant's subjective intent was to maliciously injure plaintiff | Declaration of Mehrnaz Fotoohi, RJN Exhibit 3 and 4 |

## CONCLUSION OF LAW

Debtor shall be entitled the discharge of $22,000.00 attorney's fees judgment listed on Schedule E/F under 11 U.S.C. section 523 (a)(6) because although the court established that the debtor's intentionally harassed plaintiff and actually caused substantial emotional distress, it did not find any specific intent that defendant willfully and maliciously intended to cause such injuries.

Date: 03/16/2020

Hamid Soleimanian, Esq.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16633 Ventura Blvd. #503
Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): DEFENDANT'S OPPOSITION TO PLAINTIFF'S MSJ, DECLARATION OF MEHRNAZ FOTOOHI, STATEMENT OF DISPUTED FACTS AND CONCLUSION OF LAW

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 03/17/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Gottlieb (TR) dkgtrustee@dkgallc.com,
dgottlib@iq7technology.com, rjohnson@dkgallc.com, akura@dkgallc.com
Sanaz S. Bereliani, berelianilaw@gmail.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 03/17/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
21041 Burbank Blvd. Suite 324 / Courtroom 302
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/17/2020 | Andranik Andy Khacheryan | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE