Sanaz Sarah Bereliani, Esq., SBN 256465
BERELIANI LAW FIRM, PC
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel:   (818) 920-8352
Fax:   (888) 876-0896
Email: berelianilaw@gmail.com

*Attorneys for Plaintiff,*
Karin Irani

**FILED & ENTERED**

**APR 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egonzale  DEPUTY CLERK**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | BK Case No.: 1:19-bk-12134-MT |
| MEHRNAZ FOTOOHI, | AP Case No.: 1:19-ap-01143-MT |
| Debtor(s). | Chapter: 7 |
| KARIN IRANI, | **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff(s), | |
| vs. | Date:      April 1, 2020<br>Time:      1:00 PM<br>Location: Ctrm 302<br>               21041 Burbank Blvd<br>               Woodland Hills, CA 91367 |
| MEHRNAZ FOTOOHI, | |
| Defendant(s). | |

//

//

//

1
ORDER

Plaintiff, Karin Irani ("IRANI" or "Plaintiff") filed a Motion for Summary Judgment (the "Motion") *[doc. 6]* against Debtor and Defendant Mehrnaz Fotoohi ("Defendant") on December 3, 2019 seeking to declare certain debt non-dischargeable in Debtor's Chapter 7 case, filed on August 24, 2019.

The Motion came on for hearing at the above-referenced date and time. Sanaz Sarah Bereliani of Bereliani Law Firm, PC appeared on behalf of the Plaintiff. Hamid Soleimanian of Law Offices of Hamid Soleimanian, Inc appeared on behalf of the Defendant. After consideration of the Motion, including al evidence and arguments submitted in support of the Motion and in opposition to the Motion, and the arguments at the hearing on the Motion,

IT IS HEREBY ORDERED,

1. The Motion is granted as set forth below.
2. The Court adopts its tentative ruling *[Doc No. 23]* as its Findings of Fact and Conclusions of Law and incorporates that decision into this Order.
3. The Court will enter a judgment in favor of Plaintiff and against Defendant on Plaintiff's claim that Debtor's conduct resulted in willful and malicious injury to Irani under 11 U.S.C. 523(a)(6) in the total amount of $22,957.56 (the "Judgment"). The Judgment shall be non-dischargeable by Defendant pursuant to 11 U.S.C. 523(a)(6).

####

Date: April 6, 2020

Maureen A. Tighe
United States Bankruptcy Judge