Sanaz Sarah Bereliani, Esq., SBN 256465
BERELIANI LAW FIRM, PC
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel:   (818) 920-8352
Fax:   (888) 876-0896
Email: berelianilaw@gmail.com

*Attorneys for Plaintiff,*
Karin Irani

**FILED & ENTERED**

**APR 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egonzale  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> MEHRNAZ FOTOOHI, <br><br> Debtor(s). <br><br>—————————————— <br><br> KARIN IRANI, <br><br> Plaintiff(s), <br><br> vs. <br><br> MEHRNAZ FOTOOHI, <br><br> Defendant(s). | BK Case No.: 1:19-bk-12134-MT <br><br> AP Case No.: 1:19-ap-01143-MT <br><br> Chapter: 7 <br><br><br> **JUDGMENT AGAINST DEFENDANT MEHRNAZ FOTOOHI** <br><br><br> Date:      April 1, 2020 <br> Time:      1:00 PM <br> Location:  Ctrm 302 <br>                21041 Burbank Blvd <br>                Woodland Hills, CA 91367 |

//

//

//

1
JUDGMENT

Plaintiff, Karin Irani ("IRANI" or "Plaintiff") filed a Motion for Summary Judgment (the "Motion") *[doc. 6]* against Debtor and Defendant Mehrnaz Fotoohi ("Defendant") on December 3, 2019 seeking to declare certain debt non-dischargeable in Debtor's Chapter 7 case, filed on August 24, 2019.

The Motion came on for hearing at the above-referenced date and time. Sanaz Sarah Bereliani of Bereliani Law Firm, PC appeared on behalf of the Plaintiff. Hamid Soleimanian of Law Offices of Hamid Soleimanian, Inc appeared on behalf of the Defendant. After consideration of the Motion, including al evidence and arguments submitted in support of the Motion and in opposition to the Motion, and the arguments at the hearing on the Motion,

IT IS HEREBY ORDERED,

For the reasons set forth in the Court's Order and Findings of Fact and Conclusions of Law re Plaintiff's Motion for Summary Judgment (Dkt. No. 23), the Court awards judgment in favor of Plaintiff Karin Irani in the amount of $22,957.56, which is non-dischargeable pursuant to 11 U.S.C. 523(a)(6) of the Bankruptcy Code.

####

Date: April 6, 2020

Maureen A. Tighe
United States Bankruptcy Judge