Sanaz Sarah Bereliani Esq. (CA Bar No. 256465)
BERELIANI LAW FIRM, PC
12100 Wilshire Blvd, 8th FL
(818) 920-8352-Voice
(888) 876-0896-Facsimile
sanaz@berelianilaw.com - Email

Attorney for Creditor/Plaintiff, Karin Irani



**FILED & ENTERED**

**SEP 22 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MEHRNAZ FOTOOHI,<br><br>Debtor<br>_____<br><br>KARIN IRANI, an individual<br><br>Plaintiff<br>v.<br><br>MEHRNAZ FOTOOHI, an individual,<br><br>Defendant.<br>_____ | Case No.: 1:19-bk-12134-MT<br><br>**Chapter 7**<br><br>**Adv. No.: 1:19-ap-01143-MT**<br><br>ORDER GRANTING MOTION FOR AN ORDER APPROVING AGREEMENT FOR DISMISSAL OF ADVERSARY PROCEEDING<br><br>Judge: Hon. Maureen A. Tighe<br><br>[No Hearing Requested Pursuant to LBR 9013-1(o) Unless Requested in Writing] |

    The Motion for an Order Approving Agreement for Dismissal of Adversary Proceeding was filed on September 1, 2020 and served on all interested parties on August 28, 2020. More than seventeen (17) days have passed and no objection or opposition was timely filed.

    Upon consideration of the Motion, and declaration in support thereof, it appears that good cause has been shown to grant the Motion.

**IT IS HEREBY ORDERED** that the Motion for an Order Approving Agreement for Dismissal of Adversary Proceeding be granted.

###

Date: September 22, 2020

Maureen A. Tighe
United States Bankruptcy Judge